IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


THELMA WILLIAMS, JR.
ADC #93197                                                           PLAINTIFF


v.                              Case No. 5:11-cv-162-DPM


RAY HOBBS; JIMMY BANKS; CURTIS
MEINZER; JAMES GIBSON; SERGEANT
SHERILL; and B. MILLER                                              DEFENDANTS


ORDER

The Court has considered Magistrate Judge Joe. J. Volpe's Proposed

Findings and Recommendations, *Document No. 2*, and Thelma Williams's

objection, *Document No. 4*. After conducting a *de novo* review, the Court

adopts Judge Volpe's recommended disposition as its own. FED. R. CIV. P.

72(b)(3). Williams's case is dismissed without prejudice. The motions for

copies, *Document Nos. 6 & 10*, are denied as moot.

If Williams wishes to proceed with this case, he must, within thirty days

of the entry of this Order: (1) pay the statutory filing fee of $350 in full, noting

the case style and number; and (2) file a motion to reopen. An *in forma*

*pauperis* appeal from this Order and the accompanying Judgment would not

be taken in good faith.  28 U.S.C.A § 1915(a)(3) (West 2006).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*12 August 2011*