IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS, JR.
ADC #93197                                                                PLAINTIFF

v.                    Case No. 5:11-cv-162-DPM

RAY HOBBS; JIMMY BANKS; CURTIS
MEINZER; JAMES GIBSON; SERGEANT
SHERILL; and B. MILLER                                                DEFENDANTS

JUDGMENT

Williams's complaint and amended complaint are dismissed without prejudice.  An *in forma pauperis* appeal would not be in good faith.

_____
D.P. Marshall Jr.
United States District Judge

12 August 2011